SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

RICHARD C. CHENG
Assistant U.S. Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5032
E-Mail: richard.cheng@usdoj.gov

Attorneys for the United States

E-FILING

FILED
SEP 06 2007
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAX RAY BUTLER,<br><br>    Defendant. | CRIMINAL NO. CR07-70525PVT<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on September 5, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment

☐ Information

☑ Criminal Complaint

☐ Other (describe) _____

pending in the __Western__ District of __Pennsylvania__, Case Number __07 401M__.

1

1  In that case, the defendant is charged with a violation(s) of Title(s) __18__ United States Code,
2  Section(s) __1029, 1028 and 1343__ .
3  Description of Charges:  <u>Knowing Possession of 15 or More Unauthorized Access Devices with
4  the Intention To Defraud; Knowing Transfer or Possession of Access Devices of Another With
5  Intent to Commit Fraud; Wire Fraud</u> .

                                                  Respectfully Submitted,
                                                  SCOTT N. SCHOOLS
                                                  UNITED STATES ATTORNEY

Date:  __September 6, 2007__
                                                  Richard C. Cheng
                                                  Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Magistrate's No. |
| ) | [UNDER SEAL] |
| MAX RAY BUTLER ) | 07 401 |

## MOTION TO SEAL COMPLAINT AND ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Luke E. Dembosky, Assistant United States Attorney for said district, and respectfully moves the Court for an Order directing that any and all papers filed in the above-captioned matter, and the within Motion and Order to Seal, be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that the facts contained in these papers pertain to matters concerning an ongoing investigation and the publication of said information would compromise the investigation.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

By: LUKE E. DEMBOSKY
Assistant U.S. Attorney
PA ID No. 75596

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Magistrate's No. |
| | ) | [UNDER SEAL] |
| MAX RAY BUTLER | ) | |

07 4010

O R D E R

AND NOW, to wit, this 4th day of September, 2007, upon consideration of the within Motion to Seal Complaint and Arrest Warrant, it is hereby ORDERED that any and all papers filed in the above-captioned matter, and the within Motion and Order to Seal issued at Magistrate's No. 07-4010 be sealed until further Order of Court.

_____
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

UNITED STATES OF AMERICA

v.

MAX RAY BUTLER

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:  07 40111

**UNDER SEAL**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 15, 2006 and December 2, 2006__ in __Allegheny__ county, in the __Western__ District of __Pennsylvania__ defendant(s) did, (Track Statutory Language of Offense)

18 U.S.C. § 1029(a)(3) whoever knowingly and with intent to defraud possesses 15 or more unauthorized access devices, affecting interstate or foreign commerce. Imprisonment: not more than 15 years. Fine: $250,000.

18 U.S.C. § 1028(a)(7) whoever knowingly transfers or possesses without lawful authority, a means of identification, to wit access devices as defined in Section 1029(e), of another person with the intent to commit * see Criminal Complaint Attachment.

in violation of Title __18__ United States Code, Section(s) 1029, 1028 and 1343.

I further state that I am a(n) __United States Secret Service Special Agent__ and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

September 4, 2007                                    at  Pittsburgh, Pennsylvania
Date                                                      City and State

Robert C. Mitchell, U.S. Magistrate Judge
Name and Title of Judicial Officer                            Signature of Judicial Officer

## CRIMINAL COMPLAINT ATTACHMENT

\* or aid or abet, or in connection with, any unlawful activity that constitutes a violation of federal law, to wit, access device fraud in violation of 18 U.S.C. § 1029 et seq. Imprisonment: not more than 5 years. Fine: $250,000.

18 U.S.C. § 1343 whoever having devised and intended to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent representations and promises by transmitting and causing to be transmitted in interstate or foreign commerce any writing signs, signals and pictures for the purpose of executing the scheme and artifice to defraud credit card issuers. Imprisonment: not more than 20 years. Fine: $250,000.

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

MAX RAY BUTLER

**WARRANT FOR ARREST**

CASE NUMBER:

UNDER SEAL 07 401

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Max Ray Butler__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Identity Theft, in violation of 18 U.S.C. § 1028(a)(7); Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(3); and Wire Fraud, in violation of 18 U.S.C. § 1343.

in violation of Title __18__ United States Code, Section(s) __1028, 1029 and 1343__

Robert C. Mitchell
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

Sept 4, 2007
Date and Location

Bail fixed at $ _____ by _____
                                      Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Max Ray Butler

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: 07/10/72

SOCIAL SECURITY NUMBER: _____

HEIGHT: 6'5"                    WEIGHT: 220

SEX: Male                       RACE: Caucasian

HAIR: Brown                     EYES: Blue

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY ADDRESS: U.S. Secret Service

112 Washington Place, Suite 1610

Pittsburgh, PA 15219

# United States District Court
# Northern District of California

## DOCUMENT LOCATOR

**CASE NUMBER**     CR- 07 - 70525 - PVT

**DATE FILED**     9-6-07

**DOCUMENT NUMBER**     Part of Document # 1

- Reporter's Transcript     _____
- Trial Exhibits     _____
- Lodged Documents     _____
- Sealed Documents     X
- CJA Financial Documents     _____
- Other     Affidavit in Support of Criminal Complaint

**LOCATION**

- Expando File (Located next to case file)     _____
- Overflow Shelf     _____
- Sealed Room     *
- Financial File (Vault)     _____
- Volume 1 (Top)     _____
- Other     _____

\* Sealed per minute order w/ dkt # 2