```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JAY RORTY
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant BUTLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-70525 PVT |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF COUNSEL IN SUPPORT OF [PROPOSED] ORDER TO STAY TRANSPORTATION |
| vs. | ) | |
| MAX RAY BUTLER, | ) | |
| Defendant. | ) | |

    I declare under penalty of perjury that the following is true and correct.

    I Jay Rorty, am an Assistant Federal Public Defender, and represent Max Butler in the above entitled case.

    1. On September 17, 2007, this court held a Detention hearing in Mr. Butler's case. Following that hearing the court entered an Order detaining Mr. Butler. On September 24, 2007, the ordered Mr. Butler removed in custody to the Western District of Pennsylvania

    2. At the hearing on September 24, 2007, the defense presented several potential sureties. Among other concerns, the court indicated that it would like to see additional sureties willing to post real property with significant equity.

Declaration in Support                         1

3. On September 25, 2007, I was informed that Mr. Butler's mother, Natalie Skorupsky, was prepared to post the equity in her home in Vancouver, WA amounting to approximately $147,000.00.

4. Mr. Butler is currently housed in Dublin, CA in the custody of the United States Marshals Service. I am informed and believe that his transportation from the Santa Clara County Jail to Dublin indicates that the Marshals service is preparing to transport Mr. Butler to Pittsburgh.

5. On September 27, 2007 I spoke with Keith Leong Acting Supervisor of the United States Marshals Service in San Jose, CA. Mr. Leong indicated that he would hold Mr. Butler's transportation to Pittsburgh pending an Order form this court.

Dated: September 28, 2007

                Respectfully submitted,

                BARRY J. PORTMAN
                Federal Public Defender

                /S/

                JAY RORTY
                Assistant Federal Public Defender