SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

RICHARD C. CHENG (CSBN 135992)
Assistant U. S. Attorney

150 Almaden Boulevard, 9th Floor
San Jose, California 95113
Telephone: (408) 535-5032
Fax: (408) 535-5066
e-mail: richard.cheng@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MAX RAY BUTLER,<br>Defendant. | Criminal Case No. CR 07-70525-PVT<br><br>DECLARATION OF GOVERNMENT COUNSEL IN OPPOSITION TO PROPOSED ORDER TO STAY REMOVAL ORDER<br><br>San Jose Venue |

I declare under penalty of perjury that the following is true and correct.

I, Richard C. Cheng, am an Assistant United States Attorney, and represent the Government in the above-entitled case.

1. On September 28, 2007, I received an electronic copy of the Declaration of Jay Rorty, Assistant Federal Public Defender, who was previously appointed as counsel for Max Butler after his arrest in this District for an out-of-district warrant issued by the Western District of Pennsylvania.

2. Previous to that date, on September 24, 2007, this Court ordered the defendant detained and removed to the Western District of Pennsylvania, and thereby divested itself of jurisdiction over the defendant.

3. The defendant is now indicating that although the defendant's mother, Natalie Skorupsky, was present during the detention hearing on September 24, 2007 and chose not to post the real property owned by her located in Vancouver, Washington, she is now willing to do so to secure the release of her son on bond.

4. I have spoken directly to Mary Anderson who serves as the Support Staff Supervisor for Logistics at the United States Marshal's Service. Ms. Anderson, who is in charge of the movement of prisoners in the Northern District of California has informed me that defendant Butler's movement to Pittsburgh, Pennsylvania is imminent, and would likely occur sometime during the next ten days. As a matter of security, Ms. Anderson indicated that she will only receive confirmation of a movement of a prisoner 48 hours in advance. Ms. Anderson also indicated that any delay of the defendant Butler's movement will have the effect of moving him down to the bottom of the list of persons to be transported, thereby having the effect of delaying his transport by a number of weeks.

5. If there is to be a re-consideration of this Court's detention order, the Government submits that such a hearing would be more efficiently and timely held in the Western District of Pennsylvania, which currently has jurisdiction over the defendant.

Dated: October 1, 2007

SCOTT N. SCHOOLS
United States Attorney

RICHARD C. CHENG
Assistant U.S. Attorney