E-FILED

1  BARRY J. PORTMAN
   Federal Public Defender
2  JAY RORTY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-70525 PVT |
| Plaintiff, ) | [PROPOSED] ORDER TO STAY TRANSPORTATION |
| vs. ) | |
| MAX RAY BUTLER, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, it is hereby ordered that defendant, Max Ray Butler's, removal order to the Western District of Pennsylvania be stayed.

IT IS FURTHER ORDERED that the defendant, Max Ray Butler, be made available for court proceedings in the Northern District of California until further court order.

Dated: September 28, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

[PROPOSED] ORDER                 1