**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

FILED
September 24, 2007

2007 OCT -5 P 4: 46

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Clerk of Court
U.S. District Court-Western District
PO Box 1805
Pittsburgh, PA 15230-1805

RECEIVED

SEP 28 2007

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| Case Name: | **US-v- Max Ray Butler** |
| Case Number: | **CR-07-70525-PVT (Your Case# 07 401M)** |
| Charges: | **18:1028(a)(7)** |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X)     The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )     The defendant has a court appearance in your court on:

Enclosed are the following documents:
          original Rule 5 affidavit
          original minute orders
          certified copy of *AO 94, Commitment to Another District*
          Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____Cita F. Escolano_____
        Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

~~07-401M~~ 07-332.

Date: 9/28/07

CLERK, U.S. DISTRICT COURT

By _____Jason L. Schem_____
     Deputy Clerk